# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CONNIE L. KNOX,

*Plaintiff*

v.

GRANT COUNTY, et al,

*Defendant*

Civil Action No. 2:15-CV-041-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Stipulation of Dismissal (ECF No. 16), filed under Fed.R.Civ.P.41(a)(1)(A)(ii) by Plaintiff and signed by all parties, the Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein without prejudice and without costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: June 30, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy